**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.*®

**Adam P. Wofse, Esq.**
Partner
p: 516.826.6500 x213
awofse@lhmlawfirm.com

April 4, 2016

**By ECF**
Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

   Re: **Heavenly Vision Christian Center Inc.**
     **Chapter 11**
     **Case No. 15-13035-SCC**

Dear Judge Chapman:

  This letter shall confirm that (a) the status hearing, presently scheduled for April 5, 2016, is adjourned to June 7, 2016 at 10:00 a.m., and (b) the hearing on the Debtor's motion to extend exclusivity also returnable on April 5, 2016 is resolved pursuant to the proposed consent order [Docket No. 36] filed on the docket this morning and the matter may be marked off the calendar.

          Respectfully submitted,
          *s/ Adam P. Wofse*
          Adam P. Wofse

APW:cv
cc: Mark Power, Esq. (by email)
   Bryan Hall, Esq. (by email)
   Paul Schwartzberg, Esq. (by email)