UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

                                                        Chapter 11
HEAVENLY VISION CHRISTIAN CENTER INC.,                  Case No.: 15-13035-SCC

            Debtor.
-------------------------------------------------------------------X

## ORDER APPROVING EMPLOYMENT OF MALTZ AUCTIONS, INC. AS REAL ESTATE BROKER TO SELL THE DEBTOR'S INTEREST IN CERTAIN REAL PROPERTY

Upon the amended application (the "Application") of Heavenly Vision Christian Center Inc., the debtor and debtor in possession (the "Debtor"), by its attorneys, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an order, pursuant to 11 U.S.C. § 327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, authorizing the retention of Maltz Auctions, Inc. ("Maltz") as real estate broker to the Debtor and the estate to conduct a sale of the Debtor's interest in vacant real property known as, and located at, 2009 Sedgwick Avenue, New York, New York, designated as Block 3230 and Lots 33 and 35 (the "Property"); and upon the Affidavit of Richard B. Maltz (the "Maltz Affidavit") in support of the Application; and upon the representations regarding the buyer's premium and/or commissions and reimbursement of expenses to be paid upon the terms and conditions as set forth in the Maltz Affidavit and the Application as being reasonable and customary in the industry; and after due deliberation; and the Court having determined that Maltz's employment being in the best interests of the estate and its creditors; and it appearing that sufficient cause exists for granting the relief requested in the Application; it is hereby

**ORDERED,** that, in accordance with Bankruptcy Code § 327, Maltz is retained and employed as real estate broker to the Debtor and the estate to market and sell the Property; and, it is further

**ORDERED,** that Maltz shall be paid commissions in the form of a buyer's premium in the amount of six percent (6%) of the gross sales price of the Property, which amount shall be added to the amount of the sales price and payable by the purchaser of the Property; and, it is further

**ORDERED,** that no commissions or reimbursement of expenses shall be paid to Maltz for professional services rendered to the Debtor except upon proper application to, and by further order of, this Court following a hearing on notice pursuant to §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York; and it is further

**ORDERED,** that the Debtor is authorized to do such things and execute such documents and expend such funds as may be necessary to effectuate the terms and conditions of this Order.

Dated: New York, New York
       April 20, 2016

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge

Dated: New York, New York
       April 4, 2016

NO OBJECTION:

*s/ Paul Schwartzberg*
Office of the United States Trustee