# LaMonica Herbst & Maniscalco, LLP

*Moving Forward. Staying Ahead.*®

**Adam P. Wofse, Esq.**
**Partner**
p: 516.826.6500 x213
awofse@lhmlawfirm.com

June 6, 2016

**By ECF**
Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re: **Heavenly Vision Christian Center Inc.**
       **Chapter 11**
       **Case No. 15-13035-SCC**

Dear Judge Chapman:

  This letter shall confirm that (a) the status hearing, presently scheduled for June 7, 2016, is adjourned to July 27, 2016 at 11:00 a.m., and (b) the hearing on the Debtor's motion to extend exclusivity (the "Motion") also presently returnable on June 7, 2016, is likewise adjourned to July 27, 2016 at 11:00 a.m. A consent order granting partial relief concerning the Debtor's Motion will be uploaded forthwith.

         Respectfully submitted,
         *s/ Adam P. Wofse*
         Adam P. Wofse

APW:cv
cc: Mark Power, Esq. (by email)
   Paul Schwartzberg, Esq. (by email)