UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

HEAVENLY VISION CHRISTIAN CENTER INC.,

        Debtor.
---------------------------------------------------------------X

Chapter 11
Case No.: 15-13035-SCC

**ORDER, PURSUANT TO 11 U.S.C. § 1121(d), EXTENDING THE CHAPTER 11 DEBTOR'S EXCLUSIVE PERIODS WITHIN WHICH TO FILE A PLAN AND SOLICIT ACCEPTANCES OF SUCH PLAN**

UPON the notice of hearing and motion (the "Motion") of Heavenly Vision Christian Center Inc., the debtor and debtor in possession (the "Debtor"), by its counsel, LaMonica Herbst & Maniscalco, LLP, for entry of an Order, pursuant to section 1121(d) of Title 11 of the United States Code (the "Bankruptcy Code"), extending the exclusive time periods during which the Debtor may file a Chapter 11 plan (the "Plan") and solicit acceptances thereto (the "Exclusive Periods"), and granting such other, further and different relief as this Court deems just and proper; and upon the Affidavit of Service, which was filed with the Court; and upon consensual agreement between the Debtor and Happy State Bank, a Texas Banking Association, d/b/a GoldStar Trust Company ("Goldstar"), as trustee for the benefit of the bondholders of the Debtor; and no opposition to the relief sought in the Motion having been filed by or received from any other party; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate and its creditors; and after due deliberation thereon, it is hereby

**ORDERED,** that the Motion to extend the Debtor's Exclusive Periods is granted as set forth herein; and it is further

**ORDERED**, that pursuant to Bankruptcy Code § 1121(d), the exclusive period within which the Debtor may file a Plan be, and it hereby is, extended through and including July 27, 2016; and it is further

**ORDERED,** that pursuant to Bankruptcy Code § 1121(d), the exclusive period within which the Debtor may solicit acceptances to a proposed Plan be, and it hereby is, extended through and including September 27, 2016; and it is further

**ORDERED,** that except as modified herein, the terms and provisions of the Order of the Court dated April 5, 2016 [Docket No. 39] shall remain in full force and effect; and it is further

**ORDERED**, that this Order shall also be without prejudice to the Debtor's right to request a further extension of the Exclusive Periods, and to GoldStar's right to oppose any such request.

Dated:  June 15, 2016
New York, New York

/S/ Shelley C. Chapman
SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE