**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.*®

**Adam P. Wofse, Esq.**
**Partner**
p: 516.826.6500 x213
awofse@lhmlawfirm.com

July 26, 2016

**By ECF**
Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    **Re:** **Heavenly Vision Christian Center Inc.**
       **Chapter 11**
       **Case No. 15-13035-SCC**

Dear Judge Chapman:

  This letter shall confirm that all pending matters in this case presently scheduled for July 27, 2016 and August 2, 2016 are adjourned to August 18, 2016 at 2:00 p.m.

            Respectfully submitted,
            *s/ Adam P. Wofse*
            Adam P. Wofse

APW:cv
cc: Mark Power, Esq. (by email)
   Paul Schwartzberg, Esq. (by email)